Edson Parr, appellant, v. Henry Newell, appellee. Gen. No. 9,182.

Opinion filed May 18, 1937.
Hibbs & Pool, for appellant. Butters & Butters, J. E. Malone, Jr., George L. Herbolsheimer, Jr., for appellee.
Mr. Justice Dove delivered the opinion of the court.

Margaret Wilks, appellee, v. City of Aurora, appellant. Gen. No. 9,188.

Opinion filed May 18, 1937. Rehearing denied and additional opinion filed June 21, 1937.
Merritt J. Little, Corporation Counsel, and Julian E. Latham, Assistant Corporation Counsel, for appellant. Robert J. Wing and Arthur L. Puklin, for appellee.
Mr. Justice Dove delivered the opinion of the court.

Gertrude Beard, appellant, v. Rockford Milwaukee Dispatch Company et al., appellees. Gen. No. 9,200.

Opinion filed May 18, 1937.
Harold C. Sewell and Wm. Biester, for appellant. William L. Pierce and Hyer & Gill, for appellees.
Mr. Justice Wolfe delivered the opinion of the court.

THIRD DISTRICT.

Frank Lipovsek, appellant, v. Supreme Lodge of Slovene National Benefit Society and Local Lodge No. 209 of the Slovene National Benefit Society of Nokomis, appellees. Gen. No. 9,011.

Opinion filed April 16, 1937.
Gerald G. Ginnaven, for appellant; M. J. Brown and J. D. Wilson, of counsel. Hill & Bullington, for appellees.
Mr. Justice Riess delivered the opinion of the court.